# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin Hollie Jr, | No. CV 11-810-TUC-FRZ (JR) |
| Petitioner, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

Before the Court for consideration is Petitioner Marvin Hollie Jr.'s Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.

Pursuant to 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and 72.2, Rules of Practice of the United States District Court for the District of Arizona, this matter was referred to Magistrate Judge Jacqueline M. Rateau for further proceedings and report and recommendation.

Magistrate Judge Rateau issued her Report and Recommendation on February 11, 2013, recommending that the District Court, after its independent review, dismiss with prejudice Petitioner's Petition for Writ of Habeas Corpus as untimely under the one-year statute of limitations pursuant to the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244(d)(1), absent a showing of extraordinary circumstances or a basis for equitable tolling. The Report and Recommendation sets forth the factual and procedural history of the underlying state proceedings.

The Report and Recommendation further advised the parties that they may serve and file written objections, pursuant to Federal Rule of Civil Procedure 72(b)(2), within 14 days

of being served with a copy of the Report and Recommendation, and if objections were not timely filed, they may be deemed waived.

No objections were filed.

The Court finds, after consideration of the matters presented and an independent review of the record herein, that the Report and Recommendation shall be adopted and the Petition will be denied and this action dismissed with prejudice. Accordingly,

IT IS ORDERED that the Report and Recommendation (Doc. 14) is hereby ACCEPTED AND ADOPTED as the findings of fact and conclusions of law by this Court;

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED and this action is DISMISSED with prejudice;

IT IS FURTHER ORDERED that judgment be entered accordingly.

DATED this 7th day of March, 2013.

Frank R. Zapata
Senior United States District Judge